LAW OFFICES OF JOSE DE LA LUZ MARTINEZ, PLLC
Jose De La Luz Martinez, Esq.
Arizona State Bar No.: 024943
11811 N. Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028
Phn: 602.953.6651
Fax: 928.569.1025
josemartinezlaw@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ISIDRO RANGEL, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN MATTOS, warden ARIZONA STATE PRISON COMPLEX-LEWIS, and ISIDRO CARRIZOZA, JR., corrections officer and in their official capacity, <br><br> Defendants. | Case No.: CV-22-2153-PHX-GMS-DMF <br><br> **FIRST AMENDED COMPLAINT** |

### I.  JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to remedy the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28. U.S.C. Section 1331 and 1343 (a)(3). Plaintiff Rangel seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Rangel's claims for injunctive relief are authorized by 28 U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The District of Arizona is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

### II.  PLAINTIFFS

3. Plaintiff Isidro Rangel is and was at all times herein a prisoner of the State of Arizona in the custody of the Arizona Department of Corrections. He is currently confined at the Eyman-SMUI Unit

located at 4374 East Butte Avenue, Florence, Arizona 85132. At the time the events described herein transpired, Plaintiff was being house at ASPC-Lewis located in Buckeye, Arizona.

### III. DEFENDANTS

5. Defendant John Mattos is the warden of the Arizona State Prison Complex, Lewis Unit. He is legally responsible for the operation of the Lewis Unit at the Arizona State Prison and for the welfare of all the inmates of that prison.

6. Defendant Isidro Carrizoza, Jr. is a correctional officer of the Arizona Department of Corrections who, at all times mentioned in this complaint, held the rank of K-9 Officer and was assigned to the Arizona State Prison-Lewis Complex, Rast Unit in Buckeye, Arizona.

7. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each defendant acted under the color of state law.

### IV. FACTS

9. On June 9, 2022, at approximately 8:45 a.m., prison staff conducted a "pat down search" of Plaintiff, and an unknown inmate in the front part of the building labeled "H-U, 1-C-D."

10. During this search, Plaintiff was compliant at all times and showed no resistance to the prison staff.

11. After the search was "cleared," with no contraband having been found on Plaintiff's person, Defendant Carrizoza then proceeded to personally conduct another search of a third unknown inmate who was standing next to Plaintiff. This inmate then became argumentative with Defendant Carrizoza, prompting Plaintiff to instruct this third unknown inmate to be compliant, remain calm and to allow the search to take place.

12. As Plaintiff was trying to assist Defendant Carrizoza by instructing the inmate to remain calm, Defendant Carrizoza then yelled at Plaintiff to "shut the fuck up and get on the ground."

13. Due to the unexpected outburst of Defendant Carrizoza at Plaintiff, and due to the highly tense circumstances surrounding Plaintiff, Plaintiff entered a state of momentary shock rendering him unable to immediately comply with Defendant's instruction to "get on the ground."

14. Only seconds after being instructed to "get on the ground," Defendant Carrizoza then slammed Plaintiff onto the ground and ordered his K-9 dog to attack Plaintiff.

15. At no time either prior or after being slammed to the ground or during the attack by the K-9 was Plaintiff combative or refusing to comply with the directives of Defendant Carrizoza.

16. As the vicious attack by the K-9 was taking place, Defendant Carrizoza ignored the pleas of Plaintiff to stop the attack and allowed the attack to continue.

17. Due to the brutal nature of the unprovoked attack by the K-9 that was ordered by Defendant, Plaintiff suffered severe lacerations throughout his body with deep bite marks from the dog.

## V.  LEGAL CLAIMS

18. Defendant Carrizoza used excessive force against Plaintiff by slamming Plaintiff onto the ground without justification and then ordering a canine attack that caused serious injury when Plaintiff was not violating any prison rule and was not acting disruptively. Defendant Carrizoza's actions violated Plaintiff's rights under the Eighth Amendment to the United States Constitution and caused Plaintiff pain, suffering, physical injury, and emotional distress.

19. Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

## VI.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that this court enter judgment:

20. Granting Plaintiff a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

21. Granting Plaintiff compensatory damages in the amount of $500,000.00 against each defendants, jointly and severally.

22. Plaintiff seeks nominal damages and punitive damages in the amount of $100,000.00 Plaintiff seeks these damages against each defendant, jointly and severally.

23. Plaintiff also seeks a jury trial on all issues triable by jury.

24. Plaintiff also seeks recovery of their costs in this suit, and

25. Any additional relief this court deems just, proper, and equitable.

Dated: May 31, 2023

*/s/ Jose D Martinez*
Attorney for Plaintiff
Law Office of Jose D Martinez
11811 N. Tatum Blvd., Ste. 3031
Phoenix, AZ 85028

**VERIFICATION**

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 31st of May, 2023

_____
Isidro Rangel, #222799